IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL COPELAND, | : | Civil No. 1:22-CV-01140 |
| Plaintiff, | : | |
| v. | : | |
| CO KLINE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of October, 2023, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The amended complaint, Doc. 32, is **DISMISSED.**

2. All 42 U.S.C. § 1983 claims against SCI-Camp Hill are **DISMISSED** with prejudice.

3. All First Amendment retaliation claims are **DISMISSED** with prejudice.

4. All conspiracy claims are **DISMISSED** with prejudice.

5. The court **DECLINES** to exercise jurisdiction over the state law negligence claims.

6. The Clerk of Court shall **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania